IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MCU CLOCKING SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-cv-1016-GMS |
| | ) |
| TEXAS INSTRUMENTS INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to dismiss all claims and counterclaims with prejudice. Plaintiff and Defendant will each bear their own costs and fees related to the above captioned matter and each waive the right to make a claim against the other for such costs, attorney fees or any other expenses associated with the matters being resolved here.

Dated: March 11, 2015                                         Respectfully submitted,

FARNAN LLP                                                    RICHARDS, LAYTON & FINGER, P.A.

/s/ Brian E. Farnan                                           /s/ Jeffrey L. Moyer
Brian E. Farnan (#4089)                                       Jeffrey L. Moyer (#3309)
919 North Market Street, 12th Floor                           Jason J. Rawnsley (#5379)
Wilmington, Delaware 19801                                    One Rodney Square
(302) 777-0300                                                920 North King Street
bfarnan@farnanlaw.com                                         Wilmington, DE 19801
                                                              (302) 651-7700
*Attorneys for Plaintiff*                                     moyer@rlf.com
                                                              rawnsley@rlf.com

                                                              *Attorney for Defendant*